```
 1  DANIEL BRODERICK, Bar # 89424
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    RICHARD KLATT
 6                  IN THE UNITED STATES DISTRICT COURT

 7                 FOR THE EASTERN DISTRICT OF CALIFORNIA

 8  UNITED STATES OF AMERICA,       ) No. CR-S-05-462 LKK
                                    )
 9              Plaintiff,          )
                                    ) STIPULATION AND ORDER
10      v.                          )
                                    )
11  RICHARD KLATT,                  ) Date: October 18, 2011
                                    ) Time: 9:15 a.m.
12              Defendant.          ) Judge: Hon. Lawrence K. Karlton
    _____    )
13
```

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, TODD D. LERAS, Assistant United States Attorney, attorney for Plaintiff, and DENNIS S. WAKS, Supervising Assistant Federal Defender, attorney for defendant, that the current Status Conference date of August 30, 2011, be vacated and rescheduled for October 18, 2011, at 9:15 a.m., for a change of plea.

Mr. Klatt presently has type I diabetes and Crohn's disease. In addition, Mr. Klatt has had at least four lumbar spinal procedures and numerous posterior cervical spine fusions. Additional surgeries on Mr. Klatt's lower back will be necessary because he has ongoing pain in his back, numbness in one leg and shooting pain in the other. Mr. Klatt was released from the hospital after having surgery where part of his intestines and colon were removed; he has not completely healed from this surgery. Another surgery is scheduled for August 31, 2011. The defendant's doctor has advised counsel in writing that Mr. Klatt's

"serious medical conditions... are not improving as expected...". Because of these procedures, the defendant has been unable to assist counsel.

Lastly, the government has prepared a plea agreement however, defense counsel will need additional time to review the agreement and go over it with the defendant.

It is further stipulated and agreed to between the parties that the period from the date of this order to October 18, 2011, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, §3161(h)(4) [Local Code N] (period of physical incompetence of defendant to stand trial) and §3161(h)(7)(B)(iv)[Local Code T4]. (Reasonable time to prepare).

Dated: August 26, 2011        Respectfully submitted,

                              DANIEL BRODERICK
                              Federal Defender

                              /s/ Dennis S. Waks
                              DENNIS S. WAKS
                              Supervising Assistant Federal Defender
                              Attorney for Defendant
                              RICHARD KLATT


                              BENJAMIN B. WAGNER
Dated: August 26, 2011        United States Attorney

                              /S/ Dennis S. Waks for
                              TODD D. LERAS
                              Assistant U.S. Attorney

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Based on the reasons set forth in the stipulation of the parties filed on August 31, 2011, and good |
| 3 | cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY |
| 4 | ORDERED that the status conference currently scheduled for Tuesday, August 30, 2011, be vacated and |
| 5 | that the case be set for **Tuesday, October 18, 2011, at 9:15 a.m.**  The Court finds that the ends of justice |
| 6 | to be served by granting a continuance outweigh the best interests of the public and the defendant in a |
| 7 | speedy trial.  Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter |
| 8 | must be commenced under the Speedy Trial Act is excluded during the time period of August 30, 2011, |
| 9 | through and including October 18, 2011, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B) (iv) and Local |
| 10 | Codes N and T4 [reasonable time for defense counsel to prepare and continuity of defense counsel]. |

IT IS SO ORDERED.

DATED: August 30, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3