```
 1  DANIEL BRODERICK, Bar # 89424
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    RICHARD KLATT
 6
                    IN THE UNITED STATES DISTRICT COURT
 7
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
 8

 9  UNITED STATES OF AMERICA,        )
                                     ) No. CR-S-05-462 LKK
10               Plaintiff,          )
                                     )
11       v.                          ) STIPULATION AND ORDER
                                     )
12  RICHARD KLATT,                   )
                                     ) Date: February 7, 2012
13               Defendant.          ) Time: 9:15 a.m.
    _____    ) Judge: Hon. Lawrence K. Karlton
14

15
```

16      IT IS HEREBY STIPULATED by and between the parties through their

17 respective counsel, TODD D. LERAS, Assistant United States Attorney,

18 attorney for Plaintiff, and DENNIS S. WAKS, Supervising Assistant

19 Federal Defender, attorney for defendant, that the current Status

20 Conference date of December 20, 2011, be vacated and rescheduled for

21 February 7, 2012, at 9:15 a.m., for a change of plea.

22      Mr. Klatt presently has type I diabetes and Crohn's disease. In

23 addition, Mr. Klatt has had at least ten lumbar spinal procedures and

24 posterior cervical spine fusions. Additional surgeries on Mr. Klatt's

25 lower back will be necessary because he has ongoing pain in his back,

26 numbness in one leg and shooting pain in the other. Mr. Klatt was

27 released from the hospital after having surgery where part of his

28 intestines and colon were removed; he has not completely healed from

this surgery. The defendant's doctor has advised counsel in writing that Mr. Klatt's "serious medical conditions... are not improving as expected...". Because of these procedures, the defendant has been unable to assist counsel.

Lastly, the government has prepared a plea agreement however, defense counsel will need additional time to review the agreement and go over it with the defendant.

It is further stipulated and agreed to between the parties that the period from the date of this order to February 7, 2012, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, §3161(h)(4) [Local Code N] (period of physical incompetence of defendant to stand trial) and §3161(h)(7)(B)(iv)[Local Code T4]. (Reasonable time to prepare).

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: December 15, 2011     Respectfully submitted,

                            DANIEL BRODERICK
                            Federal Defender

                            /s/ Dennis S. Waks
                            DENNIS S. WAKS
                            Supervising Assistant Federal Defender
                            Attorney for Defendant
                            RICHARD KLATT

                            BENJAMIN B. WAGNER
Dated: December 15, 2011     United States Attorney

                            /S/ Dennis S. Waks for
                            TODD D. LERAS
                            Assistant U.S. Attorney

/ / /

**ORDER**

For Good cause appearing

**IT IS ORDERED** that this matter is continued to February 7, 2012, at 9:15 a.m.;

**IT IS FURTHER ORDERED** that the period from December 20, 2011, up to and including February 7, 2012, is excluded pursuant to Title 18, United States Code, §3161(h)(4) [Local Code N] (period of physical incompetence of defendant to stand trial) and §3161(h)(7)(B)(iv)[Local Code T4]. (Reasonable time to prepare); and,

**THE COURT FINDS** that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: December 16, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT